DOBSON *et al.,* executors, *v.* BEALL.

SIMMONS, C. J. The evidence authorized the verdict and there was no error complained of which requires a new trial.
*Judgment affirmed. All the Justices concurring.*

Argued February 15, — Decided March 25, 1898.

Levy and claim. Before Judge Fite. Gordon superior court. February term, 1897.

*W. R. Rankin* and *R. J. & J. McCamy,* for plaintiffs.
*Starr & Erwin,* for defendant.

---

SOUTHERN RAILWAY COMPANY *v.* SAYLORS.

LEWIS, J. There being some evidence to support the verdict in the justice's court, and no error of law being complained of, the judge of the superior court did not err in overruling the certiorari.
*Judgment affirmed. All the Justices concurring.*

Argued February 15, — Decided March 25, 1898.

Certiorari. Before Judge Fite. Whitfield superior court. April term, 1897.

*Shumate & Maddox,* for plaintiff in error.
*R. J. & J. McCamy,* contra.